PROB 12B
ED/AR (12/2012)

## United States District Court
### for the
### Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 1 4 2015

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

| | |
|---|---|
| Name of Offender: Eric Horton | Case Number: 4:11CR00279-001 SWW |
| Name of Sentencing Judicial Officer: | Honorable Susan Webber Wright<br>United States District Judge |
| Original Offense: | Felon in Possession of a Firearm |
| Date of Sentence: | July 26, 2013 |
| Original Sentence: | 15 months imprisonment, 3 years supervised release, comply with all mandatory and standard conditions, mental health counseling, drug testing, substance abuse counseling, alcohol abstinence throughout the course of any treatment, and $100 special penalty assessment |
| Type of Supervision: Supervised Release | Date Supervision Commenced: November 15, 2013<br>Date Supervision Expires: November 14, 2016 |
| U.S. Probation Officer: Bradley A. Anderson | Asst. U.S. Attorney: Cameron Charles McCree | Defense Attorney: Latrece E. Gray |

### PETITIONING THE COURT

☐ To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒ To modify the conditions of supervision as follows:

**The defendant shall be monitored by the form of location monitoring indicated below for a period of six months and shall abide by all technology requirements. The participant shall pay all or part of the costs of participation in the location monitoring program as directed by the court and the pretrial services or probation officer.**

•   **Radio Frequency (RF) Monitoring**

**This form of location monitoring technology shall be utilized to monitor the following restriction on the defendant's movement in the community as well as other court-imposed conditions of release:**

**You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the officer.**

Prob 12B                                            -2-                                Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Eric Horton                                      Case Number: 4:11CR00279-001 SWW

## CAUSE

On September 10, 2015, Arkansas State Police initiated a traffic stop and made contact with Mr. Horton, who was earlier observed to be at the rest stop on U.S. Highway 63 near Black Rock, Arkansas. Mr. Horton was issued a warning and was allowed to leave. On September 14, 2015, Arkansas State Police was dispatched to the same rest stop because an unknown female called into the State Police Headquarters and advised that an unknown person was sitting in front of the restrooms. The state trooper made contact with Eric Horton whose vehicle fit the description given by the female caller. Mr. Horton was asked to leave the area. Approximately 15 minutes later, the state trooper returned and Mr. Horton who was still sitting at the rest area. He was re-instructed to leave, and he left the area. It was reported to the Arkansas State Police by the Lawrence County, Arkansas, Sheriff's Office that on September 24 and 25, 2015, the defendant was at the same rest stop.

On September 26, 2015, Mr. Horton violated his conditions of supervision as evidenced by his arrest for Public Display of Obscenity, Loitering, and Defacing a Public Building, as documented by the Arkansas State Police arrest report number B-10-15-263. According to the arrest report, Mr. Horton wrote a lewd statement on a rest stop wall on U.S. Highway 63 near Black Rock, Arkansas. Marijuana was found in his vehicle, and he was also found to be at that rest stop after having been instructed to leave. Mr. Horton admitted that he had written the lewd statement in the rest room. The case is pending in the Lawrence County, Arkansas, Circuit Court, with a pending court date of December 16, 2015.

On November 9, 2015, Mr. Horton informed the probation office that he admitted himself into the residential program offered by Jump Start Ministries on November 7, 2015, after being released from the Lawrence County, Arkansas, Detention Center on November 6, 2015. He advised the program is a Christ-centered, long term residential program that provides a safe clean environment. Mr. Horton reported that he hoped the program would help him get his life back on track. Mr. Horton participated in the program for 30 days and was released on December 7, 2015. Mr. Horton did not wish to participate in the program for longer than 30 days because their program rules did not allow him to take his prescribed psychotropic medication, as it is a mood altering substance.

On November 17, 2015, the probation office met with Mr. Horton to address his noncompliance. It was agreed he would continue to participate in the residential program at Jump Start Ministries. Due to his recent discharge from the residential program, Mr. Horton was referred to out-patient individual substance abuse counseling and out-patient individual mental health counseling at Mid-South Health Systems in Walnut Ridge, Arkansas. The U.S. Probation Office is also requesting Mr. Horton's condition's be modified to include location monitoring for the purpose of using it as a controlling strategy to provide enhanced accountability of Mr. Horton's daily interactions.

On December 7, 2015, Federal Public Defender Latrece Gray was contacted telephonically to review the waiver of hearing to modify conditions of probation with Mr. Horton. After speaking with Ms. Gray, Mr. Horton signed the attached Waiver of Hearing to Modify Conditions of Probation, agreeing to the modification.

Prob 12B                                -3-                                Request for Modifying the
                                                                          Conditions or Terms of Supervision
                                                                          with Consent of the Offender

Name of Offender: Eric Horton                              Case Number: 4:11CR00279-001 SWW

_____                                  _____
Bradley A. Anderson                                        ~~Cameron Charles~~ Stephanie Mazzanti
U.S. Probation Officer                                     Assistant U.S. Attorney

Date: December 7, 2015                                     Date: 12-10-15


Approved:

_____
Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☑ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

12-14-2015
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c:  Eric Horton, 1408 Magnolia, Walnut Ridge, AR 72476
    Assistant Federal Public Defender, Latrece E. Gray, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney, Cameron Charles, P.O. Box 1229, Little Rock, AR 72203

PROB 49
(3/89)

# United States District Court

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

 I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

 I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall be monitored by the form of location monitoring indicated below for a period of six months and shall abide by all technology requirements. The participant shall pay all or part of the costs of participation in the location monitoring program as directed by the court and the pretrial services or probation officer.

 Radio Frequency (RF) Monitoring

This form of location monitoring technology shall be utilized to monitor the following restriction on the defendant's movement in the community as well as other court-imposed conditions of release:

You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the officer.

Witness _____  Signed _____
   (U.S. Probation Officer)        (Probationer or Supervised Releasee)

            12/7/15
            (Date)