**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                        PLAINTIFF

vs.                                      NO. 4:11CR00279-001 SWW

ERIC HORTON                                                                           DEFENDANT

### ORDER

The above entitled cause came on for hearing February 24, 2016 on government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Western District of Arkansas. Based upon the admissions of defendant and statements of counsel, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motion to revoke defendant's supervised release [doc #61] is *granted* and defendant's supervised release is hereby *revoked*. Defendant shall serve a term of imprisonment of *SEVEN (7) MONTHS* in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated FDC SeaTac, Seattle, Washington where defendant was placed at an earlier time; and that defendant participate in mental health counseling and educational/vocational training programs during incarceration.

There will be *NO* supervised release to follow.

IT IS FURTHER ORDERED that defendant be remanded to the custody of the U.S. Marshal for transport to the designated facility to begin the service of the sentence imposed.

DATED this 29th day of February 2016.

/s/Susan Webber Wright
United States District Judge